for the Pittsburgh & West Virginia Railway Co., respondents.

No. 635. MOORE-MCCORMACK LINES, INC. *v.* FOSTER. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Corydon B. Dunham* and *Irving L. Evans* for petitioner. *Mr. Sydney R. Snitken* for respondent.

No. 639. PRICE BROTHERS Co. *v.* SMITH. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Andrew M. Henderson* for petitioner. *Mr. John Ruffalo* for respondent.

No. 630. GOLDSMITH *v.* SANFORD, WARDEN. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *H. Ely Goldsmith, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* and *Miss Melva M. Graney* for respondent.

No. 595. KELLEY-KOETT MANUFACTURING Co. *v.* MC-EUEN. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Dean S. Edmonds* for petitioner. *Mr. Ar-*

*lon V. Cushman* for respondent.

No. 607. BORDER LINE TRANSPORTATION Co. *v.* HAAS, COLLECTOR OF CUSTOMS. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George R. Tuttle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Robert L. Stern* for respondent.

No. 622. GERITY-WHITAKER Co. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Milo J. Warner* and *Elmer A. Smith* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 633. PICKERING LUMBER Co. *v.* WHITESIDE ET AL. February 15, 1943. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. Paul Barnett* and *Henry N. Ess* for petitioner. *Mr. Francis H. De Groat* for respondents.

No. 641. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* PASHEA. February 15, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Louis A. McKeown* and *Arnot L. Sheppard* for petitioner. *Messrs. James T. Blair* and *Harvey B. Cox* for respondent.